In re ELLISON. (Supreme Court, Appellate Division, First Department. July 8, 1902.) In the matter of John E. Ellison. No opinion. Motion granted.

---

ENSLEY v. HASTINGS et al. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Edwin E. Ensley against William H. Hastings and another. No opinion. Motion denied.

---

ERDMAN et al. v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Albert Erdman and another against the Manhattan Railway Company. No opinion. Motion for stay granted.

---

ERSKINE, Respondent, v. ERSKINE, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Marie A. Erskine against John K. Erskine, Jr. H. F. J. Knobloch, for appellant. J. B. Leavitt, for respondent. No opinion. Order modified, by reducing counsel fee to $150 and alimony to $25 a week, and, as modified, affirmed, without costs.

---

ESPOSITO, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Mariana F. Esposito against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

EUSLEY, Respondent, v. HASTINGS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Edwin E. Eusley against William H. Hastings and others. W. G. Bussey, for appellants. M. J. Hirsch, for respondent. No opinion. Judgment affirmed, with costs.

---

EVANS et al. v. MULLER et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Rudolph H. Evans and others against Charles F. Muller and others. No opinion. Appeal dismissed, without costs.

---

FINELITE v. SONBERG et al. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Alexander Finelite against Joseph Sonberg and others. No opinion. Motion denied, on payment of $10 costs, and, on payment of $10 additional, leave given to apply to the court below to open default.

---

FISH, Appellant, v. MENN, Respondent. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Clarence P. Fish against Howard Menn. G. C. Lay, for appellant. H. C. Kudlich, for respondent. No opinion. Judgment affirmed, with costs.

---

FISK et al., Appellants, v. FISK et al., Respondents. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Almira G. Fisk and another against Fisk, Clark & Flagg and others. No opinion. Order affirmed, with $10 costs and disbursements. See 76 N. Y. Supp. 482.

---

In re FISKE. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) In the matter of the application of Edwin W. Fiske for a writ of mandamus to the board of inspectors and poll clerks, etc.

PER CURIAM. We are of opinion that upon these papers the court below was not authorized or empowered in this proceeding to pass upon the validity of the 43 ballots mentioned in its order. In this view, the proper disposition of the case is to affirm the order below, without any determination as to such validity.

---

In re FITZGERALD. (Supreme Court, Appellate Division, Fourth Department. June 3, 1902.) In the matter of David C. Fitzgerald, an attorney and counselor.

PER CURIAM. A certified copy of a judgment of conviction entered against the said David C. Fitzgerald having been presented to and filed with this court, whereby it appears that the said David C. Fitzgerald was, at a term of the supreme court held in the county of Erie in January, 1901, convicted of a felony and sentenced to five years' imprisonment in the Auburn state prison, and it also appearing that no appeal has been taken from such judgment of conviction and that no motion for a new trial is now pending, it is ordered that the name of said David C. Fitzgerald be stricken from the roll of attorneys and counselors of this state, pursuant to section 67, Code Civ. Proc.

---

FLETCHER v. McKEON et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Austin B. Fletcher against John McKeon and others. No opinion. Motion denied.

---

FOGELSONGER v. FOGELSONGER et al. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Levi W. Fogelsonger against David R. Fogelsonger and others. No opinion. Interlocutory judgment overruling demurrer affirmed, with costs and disbursements of this appeal, with leave to the defendants to withdraw their demurrer and answer within 20 days, upon payment of the costs of the demurrer and of this appeal.